In the Matter of the Application of ISIDORE MOSSON, Respondent, for an Order Determining the Amount of Lien, if Any, of PHILIP B. LA ROCHE,

JR., an Attorney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.